UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE MSF-1,

Plaintiff,

v.

Case No. 26-cv-11440
HON. MARK A. GOLDSMITH

THE UNIVERSITY OF MICHIGAN, et al.,

Defendants.
_____________________________________/

**ORDER REGARDING PROPOSED SPECIAL MASTER**

Due to the complexity of this litigation, the Court proposes to appoint a special master under Federal Rule of Civil Procedure 53 to assist the Court regarding case management, motion management, discovery issues, facilitation of settlement discussions, and other appropriate tasks. The proposed special master is Deborah Greenspan, an experienced litigator, who has been appointed special master by other courts. Her resume is attached as Exhibit A. Any party objecting to the proposed appointment must file an objection on or before September 16, 2026. Any party wishing to suggest an alternative candidate must file, by that same date, a statement to that effect, attaching a current resume of the candidate.

**SO ORDERED.**

Dated: September 10, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 10, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager