**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**IN RE: KEFFER DEVELOPMENT SERVICES, LLC, DATA SECURITY BREACH LITIGATION**

**Case No. 25-md-3159**
**HON. MARK A. GOLDSMITH**

*THIS DOCUMENT RELATES TO:*
***26-cv-11440***

_________________________________/

**ORDER REGARDING MDL TAG-ALONG ACTION**

On September 1, 2026, Keffer Development Services, LLC filed a notice of potential tag-along action (Dkt. 18), which identified this matter as potential tag-along to MDL No. 3159, *In re Keffer Development Services, LLC, Data Security Breach Litigation,* which remains pending before this Court. No opposition was filed to the notice. Accordingly, this Court agrees that it would be appropriate to join this matter as a tag-along action to MDL No. 3159, which is proceeding under the master MDL docket 25-md-3159. Within 10 days of the entry of the instant order, the parties shall file on this Court's master MDL docket 25-md-3159 — as separate docket entries — any pending motions, responses, and replies to those motions that were filed on the originating case docket, along with the latest complaint and answer. Any further filings in this matter must be made on the Court's master docket only, unless otherwise directed by the Court.

Further, the pending motions to dismiss in this matter filed by Matthew Weiss (Dkt. 22), The Regents of the University of Michigan and the University of Michigan (Dkt. 24), Drexel University (Dkt. 25), and Keffer Development Services, LLC (Dkt. 26) are denied without prejudice. The current briefing schedule for each motion will remain in place upon their refiling on the Court's master docket, with reply briefs due on November 10, 2026 for the motions filed at Dkts. 22 and 24, and reply briefs due on November 11, 2026 for the motions filed at Dkts. 25 and 26.

If the filing applies to all cases, it must be captioned as follows:

**IN RE: KEFFER DEVELOPMENT SERVICES, LLC, DATA SECURITY BREACH LITIGATION**

**Case No. 25-md-3159**
**HON. MARK A. GOLDSMITH**

*THIS DOCUMENT RELATES TO:*
*ALL ACTIONS*

If the filing applies only to certain cases, it must be captioned to include the appropriate member docket number(s) as follows:

**IN RE: KEFFER DEVELOPMENT SERVICES, LLC, DATA SECURITY BREACH LITIGATION**

**Case No. 25-md-3159**
**HON. MARK A. GOLDSMITH**

*THIS DOCUMENT RELATES TO:*
*XX-CV-12345*
*XX-CV-12348*
*etc.*

**SO ORDERED.**

Dated: October 29, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 29, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager